JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SCOTT SHAWN KOSTEROW, | ) | No. ED CV 12-00546-GW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ERIC HOLDER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Mandamus is dismissed with prejudice.

DATED: October 17, 2012

*/s/ George H. Wu*
GEORGE H. WU
UNITED STATES DISTRICT JUDGE